IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOE CLEMENTS, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-140-F |
| ) | (WO) |
| ANTHONY CLARK, ) | |
| ) | |
|    Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The plaintiff's Objection to the Magistrate Judge Recommendation (Doc. # 21) filed on July 6, 2005 is overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on June 21, 2005 (Doc. #20) is adopted;

(3)  This case is DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust an available administrative remedy.

DONE this 20th day of July, 2005.

                                             /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE